UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ZAIRA CONTRERAS, an individual, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION |
| | § | NO. 3:21-cv-199 |
| DSW RESTAURANT, INCORPORATED D/B/A DOUBLE SHOE MEN'S CLUB, 3625 HIGHWAY 146, INCORPORATED, and ALLEN WHEAT, | § § § § § | |
| | § | |
| *Defendants*. | § | |

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

On this date Plaintiff Zaira Contreras and Defendants DSW Restaurant, Incorporated d/b/a Double Shoe Men's Club, 3625 Highway 146, Incorporated and Allan Wheat, agreed to dismiss without prejudice this matter before this Court, pursuant to Defendants' Motion to Dismiss and to Compel Arbitration pursuant to 9 U.S.C §4, filed on September 7, 2021. The Court, after considering the Parties' agreement and pursuant to 9 U.S.C. § 4, enters this Agreed Order of Dismissal without Prejudice. It is therefore,

**ORDERED** and **ADJUDGED** that Plaintiffs' claims against Defendants are dismissed without prejudice, and the parties are directed to Arbitration.

Signed on  December 21st         , 2021.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

*/s/ Leigh S. Montgomery*
Jarrett L. Ellzey
Texas Bar No. 24040864
jarrett@ellzeylaw.com
Leigh Montgomery
Texas Bar No. 24052214
leigh@ellzeylaw.com
ELLZEY & ASSOCIATES
1105 Milford St.
Houston, TX 77066
Telephone: (713) 554-2377
Facsimile: (888) 276-3455

**ATTORNEYS FOR PLAINTIFF**


Spencer G. Markle
Texas Bar No. 12989200
spencer@mdlcfirm.com
Daniela I. Saybe
Texas Bar No. 24122283
daniela@mdlcfirm.com
MARKLE DE LA CRUZ
700 Gemini St., Suite 115
Houston, TX 77058
Telephone: (281) 486-0677
Facsimle: (281) 486-0694

**ATTORNEYS FOR DEFENDANTS**